LAND FINANCE CORPORATION, Appellant, *v.* FRANK GIORGIO, JR., as Trustee in Bankruptcy of NOX REALTY CORPORATION, Respondent.

(Submitted October 7, 1935; decided October 15, 1935.)

*Robert Daru* for motion.
*Leopold Blumberg* opposed.
Motion denied, with ten dollars costs.